United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JESUS MALDONADO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-24 |
| | § | |
| PALOMAR SPECIALTY INSURANCE COMPANY, *et al*, | § § | |
| | § | |
| Defendants. | § | |

**AMENDED NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE**

The Initial Pretrial Conference (previously set for April 5, 2017) is hereby reset for **July 6, 2017, at 9:00 a.m.** before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

SO ORDERED this 4th day of April, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge